UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08cr997-LAB |
| Plaintiff | ) | 08mj880 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| VARGAS-PEREZ ET AL | ) | |
| Defendant(s) | ) | Booking No. |

                                                                                         Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**MARGARITO CRUZ-LOZANO**

DATED: 4/3/08

                                                                     Leo S. Papas

                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____             OR
              DUSM

                                        W. SAMUEL HAMRICK, JR.   Clerk

                                        by _____
                                                      Deputy Clerk