| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID L. KATZ |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 141295 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5226/Fax: (619) 235-2757 |
| | David.Katz@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0997-LAB |
| | | ) | |
| 11 | Plaintiff, | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 12 | v. | ) | |
| | | ) | |
| 13 | SAUL VARGAS-PEREZ et al., | ) | |
| | | ) | |
| 14 | Defendant. | ) | |
| | | ) | |

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23  activity in this case:

24      <u>Name</u>

25      None

26

27

28

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 | Please call me if you have any questions about this notice.
8 | DATED: July 23, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David L. Katz
_____
DAVID L. KATZ
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0997-LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| SAUL VARGAS-PEREZ et al., | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. Thomas Sims**

**2. Ezekiel Cortez**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1. None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2008

                                                                                 s/ David L. Katz  
                                                                                 DAVID L. KATZ